FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB 23 AM 8:37

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SYLVIA A. MILES, | ) |
| Plaintiff, | ) |
| v. | ) CV 104-175 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 23rd day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE